# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

131995

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAIMLERCHRYSLER SERVICES
OF NORTH AMERICA, L.L.C.,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

SC: 131995
COA: 264323
Ct of Claims: 04-000113-MT

_____/

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

TAYLOR, C.J., WEAVER, and CORRIGAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

_____
Clerk